

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2014

No. 04-14-00397-CV

**INTEREST OF S.D.A.,** et al,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM506191
Honorable Eric Rodriguez, Judge Presiding

**O R D E R**

     Appellee Dulce Reynoso Alvarez's brief, if any, is due on or before **January 15, 2015**, unless a motion for extension of time is requested and granted by the Court. *See* TEX. R. APP. P. 10.5.

_____
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court